■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAFARI A. BARNETT, Appellant. [889 NYS2d 472]—■

Contrary to the defendant's contention, his claim that his waiver of his right to appeal was invalid does not, in and of itself, warrant reversal of the judgment of conviction or vacatur of the sentence imposed. Skelos, J.P., Florio, Balkin, Belen and Austin, JJ., concur.